IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JUN 1 2 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JON ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 98 C 8400 |
| | ) | |
| COUNTY OF COOK ADULT | ) | Judge Joan B. Gottschall |
| PROBATION DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETED**
JUN 1 6 2003

### DEFENDANT'S RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MATERIALS

In response to plaintiff Jon Arnold's Unopposed Motion For Additional Time To File Pretrial Materials, Defendant Cook County Adult Probation Department, by its attorneys, states as follows:

1.  Plaintiff's motion requested additional time up to and including August 22, 2003, in which to file the final pretrial order.

2.  Defendant has no objection to plaintiff's motion.

3.  The pre-trial conference is currently set for September 12, 2003 at 2:00 p.m.

4.  Due to a scheduling conflict, defense counsel requests that the pre-trial conference be moved to September 26, 2003.

5.  Plaintiff's counsel informed defendant's counsel on June 12, 2003 that he has a trial commencing on September 8, 2003, and that he anticipates that trial may last two weeks. Plaintiff's counsel informed defendant's counsel that he would be available for a pre-trial conference on September 26, 2003.

106

WHEREFORE, defendant respectfully requests that the pre-trial conference be moved to September 26, 2003.

Respectfully submitted,

COOK COUNTY ADULT PROBATION
DEPARTMENT

One Of Defendant's Attorneys

Joel T. Pelz
Emma J. Sullivan
JENNER & BLOCK, LLC
One IBM Plaza
Chicago, IL 60611
(312)222-9350

Dated: June 12, 2003

940374

5086076.

–2–

## CERTIFICATE OF SERVICE

I, Emma J. Sullivan, hereby certify that on the 12th day of June, 2003, I caused a true and correct copy of **"Defendant's Response To Plaintiff's Unopposed Motion for Additional Time in Which to File Pretrial Materials"** to be deposited in the United States mails before 5:00 p.m., addressed to the following person, with proper postage attached:

> William M. Walsh
> 53 W. Jackson Boulevard, Ste. 224
> Chicago, IL 60604

Emma J. Sullivan