# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

F I L E D

AUG 2 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JON ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | )  No. 98 C 8400 |
| | ) |
| COUNTY OF COOK ADULT | )  Judge Gottschall |
| PROBATION DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

DOCKETED
SEP 18 2003

## NOTICE OF MOTION

TO:   Emma Sullivan, Esq.
      Jenner & Block
      One IBM Plaza
      Chicago, Illinois 60611

On the 3rd 5th day of September, 2003, at 9:30 a.m., or as soon thereafter as counsel

may be heard, I shall appear before the Honorable Joan B. Gottschall in Courtroom 1919,

or before any Judge sitting in her stead, and then and there present **Unopposed Motion**

**for Extension of Time In Which to File Pretrial Materials**, a copy of which is attached

hereto and herewith served upon you.

Respectfully submitted,

William M. Walsh (06194203)
William M. Walsh, Attorney at Law
53 W. Jackson Boulevard, Suite 224
Chicago, Illinois 60604
(312) 362-9190

110

## <u>CERTIFICATE OF SERVICE</u>

I, William M. Walsh, hereby certify that on the 20th day of August, 2003, I caused a true and correct copy of "**Notice of Motion**" to be sent via first-class mail to the following:

> Emma Sullivan
> Jenner & Block
> One IBM Plaza
> Chicago, IL 60611

2

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AUG 2 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JON ARNOLD,               )
                          )
        Plaintiff,        )
                          )
                          )
    vs.                   )         Case No. 98 C 8400
                          )
COUNTY OF COOK ADULT      )         Judge Joan B. Gottschall
PROBATION DEPARTMENT,     )
                          )
        Defendant.        )

DOCKETED
SEP 1 8 2003

## UNOPPOSED MOTION FOR ADDITIONAL
## TIME TO FILE PRETRIAL MATERIALS

Plaintiff Jon Arnold, by his undersigned attorney, hereby moves this Court for additional time to file the final pretrial order, motions *in limine*, *voir dire* questions, jury instructions, and agreed statement of case and witness list in this case. In support, Plaintiff states as follows:

1. The final pretrial order in this case currently is due on August 22, 2003.

2. Plaintiff's counsel's mother passed away on July 23, 2003, following her emergency admission on July 9 to Christ Hospital in Oak Lawn, Illinois.

3. As result of the hospitalization (and hospice care) and death of Plaintiff's counsel's mother, Plaintiff's counsel lost over two weeks of time, and now requires additional time in which to prepare the pretrial materials in connection with the trial of this case.

4. Furthermore, Plaintiff's counsel is scheduled to be on trial during the week of August 25 at 26th & California on a murder case, People v. Jeffrey Campbell, 01 CR 3992. Plaintiff's counsel also is scheduled to be on trial in St. Louis, Missouri, during the week of September 8 on four consolidated employment discrimination cases pending there (State ex rel. Susie Beavers, et al. v. Farmers Insurance Exchange); and also to try a civil case at the Richard J.

110

Daley Center on September 29 and 30, <u>Stanley v. Chorak, et al.</u>, 00 L 1745.

5.      As a result of these commitments, Plaintiff requests additional time to prepare the final pretrial order materials.

6.      Furthermore, the trial of this case is not scheduled to commence until November 3, 2003.

7.      The final pretrial conference currently is scheduled for October 3, 2003 at 2:00 p.m.  Plaintiff respectfully requests that this date also be rescheduled.

8.      Plaintiff's counsel states that this motion is made in good faith and not to delay the trial of this case or for any other improper purpose.

9.      Defense counsel has authorized Plaintiff's counsel to represent to this Court that Defendant has no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that his unopposed motion for additional time in which to file the final pretrial order, motions *in limine*, *voir dire* questions, jury instructions, and agreed statement of case and witness list be granted.

Respectfully submitted,

William M. Walsh
53 W. Jackson Blvd., Suite 224
Chicago, Illinois 60604
(312) 362-9190 (P)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, William M. Walsh, hereby certify that on the 20th day of August, 2003, I caused a true and correct copy of Plaintiff's **"Unopposed Motion for Additional Time in Which to File Pretrial Materials"** to be deposited in the United States mails before 5:00 p.m., addressed to the following person, with proper postage attached:

> Emma J. Sullivan, Esq.
> Jenner & Block
> One IBM Plaza
> Chicago, IL 60611

_William M. Walsh_

5086076.

-3-